IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAY DOBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:26-CV-0529-G-BW |
| BRIDGESTONE AMERICAS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections have been filed. The District Judge has made a *de novo* review of those portions of the FCR to which objections were made and has reviewed all other portions of the FCR for plain error. The objections are overruled, and the court finds no plain error with respect to the remainder of the FCR. The court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, this action will be **DISMISSED WITH PREJUDICE** by separate judgment pursuant to Federal Rule of Civil Procedure 41(b) due to the plaintiff's contumacious conduct and violation of court orders.

**SO ORDERED**.

August 24, 2026.

**A. JOE FISH**
**Senior United States District Judge**