IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAY DOBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:26-CV-0529-G-BW |
| BRIDGESTONE AMERICAS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections have been filed. The District Judge has made a *de novo* review of those portions of the FCR to which objections were made and has reviewed all other portions of the FCR for plain error. The objections are overruled, and the court finds no plain error with respect to the remainder of the FCR. The court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the plaintiff's Motion to Alter or Amend the Judgment Pursuant to Federal Rule of Civil Procedure 59(e) (docket entry 152) and Urgent Motion to Vacate Void Dismissal Order and Remand to State Court for Lack of Jurisdiction (docket entry 153) are **DENIED**.

In addition, the court has considered the plaintiff's various notices to the court, *see* docket entries 163-166, 168, the plaintiff's combined notice and "Motion to Vacate Void Orders" (docket entry 161), and the plaintiff's "Motion for Entry of Uncontested Mandatory Remand, Incorporation of Record Default, and Relief Pursuant to FRCP 59(E), 28 U.S.C. Section 1447(C), and FRCP 12(H)(3)" (docket entry 167). To the extent that the plaintiff intends the court to construe each notice as a request for relief, these requests are **DENIED**, and all of the remaining motions (docket entries 161, 167) are **DENIED**.

**SO ORDERED**.

September 29, 2026.

A. Joe Fish

**A. JOE FISH**
**Senior United States District Judge**